**GIBSON DUNN**

July 30, 2025

Harris M. Mufson
Partner
T: +1 212.351.3805
M: +1 917.922.1740
hmufson@gibsondunn.com

<u>VIA ECF</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007-1312

Re: *Marsh USA LLC v. Parrish et al.*, Case No. 25-cv-6208
Letter-Motion for Oral Argument on Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery

Dear Judge Daniels:

    We represent Plaintiff Marsh USA LLC in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices, Section IV.D, Marsh respectfully requests an oral argument on its Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP


  /s/ Harris M. Mufson
HARRIS M. MUFSON
Partner

HMM