# GIBSON DUNN

July 30, 2025

Harris M. Mufson
Partner
T: +1 212.351.3805
M: +1 917.922.1740
hmufson@gibsondunn.com

VIA ECF

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007-1312

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 30 2025

Re: *Marsh USA LLC v. Parrish et al.*, Case No. 25-cv-6208
   Letter-Motion to Redact Exhibits to Declarations in Support of Motion for Temporary Restraining Order

Dear Judge Daniels:

   We represent Plaintiff Marsh USA LLC in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices, Section 1.D, Marsh respectfully seeks leave to redact and file as redacted discrete portions of certain exhibits attached to declarations in support of Marsh's Motion for Temporary Restraining Order and Preliminary Injunction.

   Marsh seeks to redact the personal email addresses and personal cell phone numbers of individual non-parties, as well as information about the compensation offered to them by Howden US Services, LLC, a direct competitor of Marsh. These individuals' privacy interests in such sensitive and private information weigh heavily against the presumption of public access in a court's balancing equation. Courts regularly allow the narrow redaction of identifying and private information of non-parties, as this information enjoys only a weak presumption of public access. *See Eckhart v. Fox News Network, LLC*, No. 20-cv-5593, 2024 WL 4931857, at *3 (S.D.N.Y. Dec. 2, 2024) ("[T]he personal email addresses and phone numbers of various non-parties are entitled to continued sealing. There is only a weak presumption of public access for irrelevant information of that sort, and courts routinely permit such redactions to protect the privacy of non-parties.").

   The limited redactions submitted are narrowly tailored to protect the privacy interests of non-parties. These redactions do not obfuscate or otherwise misrepresent the content of the exhibits, nor do they go so far as to anonymize the identities of the non-parties. Rather, they conceal only specific personal identifying information which will not directly affect the adjudication of Marsh's claims.[1]

   Accordingly, Marsh respectfully requests that the Court grant this letter-motion.

---

[1] Marsh has separately redacted proprietary compensation information, consistent with Your Honor's Individual Rules and Practices, Rule Section 1.D(i).