UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARSH USA LLC,

               Plaintiff,

    v.

MICHAEL PARRISH, GISELLE LUGONES,
ROBERT LYNN, and JULIE LAYTON,

               Defendants.

Civil Action No. 25-cv-6208-GBD

x x x x x x x x x x x x x x x x x x x x x x x x x x

## CERTIFICATE OF SERVICE

    I do hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 31st day of July 2025, Defendants Michael Parrish and Giselle Lugones waived service of summons and received a copy of the complaint in this proceeding. Attached as Exhibit A is a true and correct copy of the Waiver of the Service of Summons for Defendant Michael Parrish, signed by his counsel. Attached as Exhibit B is a true and correct copy of the Waiver of the Service of Summons for Defendant Giselle Lugones, signed by her counsel.

    Also on the 31st day of July 2025, Defendants Michael Parrish, Giselle Lugones, and Robert Lynn, by and through their counsel, consented to accept service of Plaintiff's proposed Temporary Restraining Order, Memorandum of Law in Support, and the accompanying declarations and exhibit via e-mail. Attached as Exhibit C is a true and correct copy of the e-mail where Defendants' counsel accepted service.

Dated: August 1, 2025

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Lee R. Crain
Lee R. Crain
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.3805
Fax: 212.817.9505
lcrain@gibsondunn.com

*Counsel for Plaintiff Marsh USA LLC*