# EXHIBIT C

| | |
|---|---|
| **From:** | McCoy, Kevin P. |
| **To:** | Crain, Lee R.; Stewart, Ryan C.; Brodie, Steven J.; Gooley, Brendan N.; Ishmail, Zaleena |
| **Cc:** | Robertson, Rachel W.; Schwartz, Jason C.; Mufson, Harris M.; Piepenburg, Claire |
| **Subject:** | RE: Notice of Motion for TRO, PI, and Expedited Discovery |
| **Date:** | Thursday, July 31, 2025 3:58:29 PM |
| **Attachments:** | Marsh-Parrish Waiver of Service (Lugones).pdf |
| | Marsh-Parrish Waiver of Service (Parrish).pdf |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Please confirm that the process servers will be called off.

We accept service by email of the TRO/PI papers for my clients.

**Kevin P. McCoy**
Attorney at Law | Carlton Fields
4221 W. Boy Scout Blvd., Ste. 1000 | Tampa, Florida 33607-5780
Direct: 813.229.4272 | Fax: 813.229.4133
kmccoy@carltonfields.com

---

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Thursday, July 31, 2025 1:39 PM
**To:** McCoy, Kevin P. <kmccoy@carltonfields.com>; Stewart, Ryan C. <RStewart@gibsondunn.com>;
Brodie, Steven J. <sbrodie@carltonfields.com>; Gooley, Brendan N. <BGooley@carltonfields.com>;
Ishmail, Zaleena <ZIshmail@carltonfields.com>
**Cc:** Robertson, Rachel W. <RRobertson@gibsondunn.com>; Schwartz, Jason C.
<JSchwartz@gibsondunn.com>; Mufson, Harris M. <HMufson@gibsondunn.com>; Piepenburg,
Claire <CPiepenburg@gibsondunn.com>
**Subject:** RE: Notice of Motion for TRO, PI, and Expedited Discovery

### EXTERNAL SENDER: This Message is from outside the organization.

Kevin – thanks for your email. Attached please find the summonses and complaints for all 3 as
well as waiver forms for Lugones and Parrish. We understand Lynn was served so do not include
a waiver form here for him.

Please also confirm you accept service by email of the TRO/PI papers.

Lee

**Lee R. Crain**
Partner

T: +1 212.351.2454 | M: +1 347.924.2815
LCrain@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

---

**From:** McCoy, Kevin P. <kmccoy@carltonfields.com>
**Sent:** Wednesday, July 30, 2025 6:25 PM
**To:** Stewart, Ryan C. <RStewart@gibsondunn.com>; Brodie, Steven J. <sbrodie@carltonfields.com>; Gooley, Brendan N. <BGooley@carltonfields.com>; Ishmail, Zaleena <ZIshmail@carltonfields.com>
**Cc:** Robertson, Rachel W. <RRobertson@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Mufson, Harris M. <HMufson@gibsondunn.com>; Piepenburg, Claire <CPiepenburg@gibsondunn.com>
**Subject:** RE: Notice of Motion for TRO, PI, and Expedited Discovery

Ryan,

Please send the summons and complaint for Lugones, Parrish, and Lynn and we will accept service on their behalf to avoid the expenses of same. We would like the benefit of the time allowed under Rule 4(d).

**Kevin P. McCoy**
Attorney at Law | Carlton Fields
4221 W. Boy Scout Blvd., Ste. 1000 | Tampa, Florida 33607-5780
Direct: 813.229.4272 | Fax: 813.229.4133
kmccoy@carltonfields.com

---

**From:** Stewart, Ryan C. <RStewart@gibsondunn.com>
**Sent:** Wednesday, July 30, 2025 10:30 AM
**To:** McCoy, Kevin P. <kmccoy@carltonfields.com>; Brodie, Steven J. <sbrodie@carltonfields.com>; Gooley, Brendan N. <BGooley@carltonfields.com>; Ishmail, Zaleena <ZIshmail@carltonfields.com>
**Cc:** Robertson, Rachel W. <RRobertson@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Mufson, Harris M. <HMufson@gibsondunn.com>; Piepenburg, Claire <CPiepenburg@gibsondunn.com>
**Subject:** Notice of Motion for TRO, PI, and Expedited Discovery

**EXTERNAL SENDER: This Message is from outside the organization.**

---

Counsel: Please see attached copies of Marh's Memorandum of Law in Support of Its Application For a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery and corresponding proposed Order to Show Cause filed this morning in *Marsh USA LLC v. Parrish et al.*, Civ. Action No. 25-cv-6208 (SDNY). We will send shortly a ShareFile containing the exhibits as well.

Thanks,
Ryan

**Ryan C. Stewart**
Partner

<u>T: +1 202.887.3523</u> | <u>M: +1 202.604.0176</u>
<u>RStewart@gibsondunn.com</u>

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.