UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARSH USA LLC

Plaintiff(s)

- v -

MICHAEL PARRISH, GISELLE LUGONES, ROBERT LYNN, and JULIE LAYTON

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:25-CV-06208-GBD

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Howden US Services LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

The immediate parent entity of Howden US Services LLC is Praetorian Holdco, Inc., a Delaware corporation.

Praetorian Holdco, Inc. is ultimately owned by Howden Group Holdings Limited.

No publicly held coproration owns 10% or more of Howden Group Holdings Limited's stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Howden US Services LLC is a citizen of Delaware and Connecticut because the citizenship of Praetorian Holdco, Inc., the sole member of Howden US Services LLC, is Delaware and Connecticut.

8/5/25
Date

/s/ Richard J. Rabin
Signature of Attorney

2597193
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022