UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARSH USA LLC,

               Plaintiff,

    -against-                            ORDER

MICHAEL PARRISH, GISELLE LUGONES,      25 Civ. 6208 (GBD)
ROBERT LYNN, and JULIE LAYTON,

               Defendants.

------------------------------------- X

GEORGE B. DANIELS, United States District Judge:

    It is hereby **ORDERED** that responses to Plaintiff's pending motion for injunctive relief (ECF No. 15), to Defendants' pending motion to dismiss (ECF No. 50), and to Howden's motion to intervene (ECF No. 41) are due by August 21, 2025. Any replies are due by August 28, 2025.

    It is further **ORDERED** that Defendants Michael Parrish, Giselle Lugones, Robert Lynn, and Julie Layton show cause at a hearing before this Court on September 4, 2025 at 10:00 AM, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure: (1) preliminarily enjoining Defendants from directly or indirectly violating their duties of loyalty to Marsh and contractual agreements with Marsh and its subsidiaries, parents and affiliates and defined in Plaintiff's Complaint.

    It is further **ORDERED** that Plaintiff Marsh USA LLC ("Marsh") show cause at the aforementioned hearing before this Court on September 4, 2025 at 10:00 AM, why an order should not be entered in favor of Howden permitting them to intervene in this action as intervenor defendant, and dismissing this action based on the *Colorado River* abstention doctrine.

This Court will hear oral argument on all motions at the hearing on September 4, 2025. The Clerk of the Court is directed to close the motions at ECF Nos. 30, 39, 46, and 52.

Dated: New York, New York
      August 7, 2025

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge