UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL PARRISH, GISELLE LUGONES, ROBERT LYNN, and JULIE LAYTON<br><br>                    Defendants. | Case No. 1:25-cv-06208-GBD<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY** |

I, Kevin P. McCoy, Esq., being duly sworn, declares under the penalty of perjury as follows:

1. I am a Shareholder with the law firm of Carlton Fields, P.A., attorneys for Defendants Michael Parrish, Giselle Lugones, and Robert Lynn (collectively, the "Defendants") in the above-captioned matter. As such, I am fully familiar with the facts set forth herein. I submit this Declaration in support of Defendants' opposition to Plaintiff Marsh USA, LLC's ("Marsh") Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery.

2. Attached hereto as **Exhibit A** is Marsh's Response and Memorandum of Law in Opposition to Plaintiffs Aon Risk Services, Inc. of Florida, Aon Risk Services Companies, Inc. and Aon Group Inc.'s Emergency Petition for Temporary Restraining Order and Preliminary Injunction.

3. Attached hereto as **Exhibit B** is Defendants' Petition for Declaratory Relief in the Commercial Division of the Supreme Court of the State of New York.

4. Attached hereto as **Exhibit C** is Plaintiff's Memorandum of Law in Support of its Motion to Dismiss or Stay in the New York Supreme Court.

1

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2025.

Dated: New York, New York
August 21, 2025

                        Respectfully Submitted,

                        CARLTON FIELDS, P.A.

By:   /s/ *Kevin P. McCoy*
                        Kevin P. McCoy (pro hac vice admitted)

                        CARLTON FIELDS, P.A.
                        Corporate Center Three at International Plaza
                        4221 W. Boy Scout Boulevard, Suite 1000
                        Tampa, FL 33607
                        (813) 229-4272 (Telephone)
                        (813) 229-4133 (Facsimile)
                        Email: kmccoy@carltonfields.com

*Attorneys for Defendants Michael Parrish, Giselle Lugones, and Robert Lynn*

141135250.1