**CARLTON FIELDS**

ATTORNEYS AT LAW

Chrysler Building
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
Minneapolis
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Amrit P. Singh
Associate
212.380.9653 Direct Dial
asingh@carltonfields.com

August 21, 2025

*By ECF*

The Honorable George B. Daniels
United States District Judge
Southern District Of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 2 5 2025

Re:   *Marsh USA LLC v. Parrish et al.*, No. 1:25-cv-06208-GBD
      **Request For Leave to File Exhibit Under Seal**

Dear Judge Daniels:

We represent Defendants Michael Parrish, Giselle Lugones, and Robert Lynn (collectively, the "Defendants"). Please accept this letter motion as the Defendants' Motion seeking leave to file a document under seal on ECF in accordance with Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions and Section I(D)(ii) of Your Honor's Individual Rules and Practices.

Defendants seek to seal under a 'Selected Party' Viewing Level **one** exhibit, namely, Exhibit C of the Declaration of Counsel, Mr. Kevin McCoy (ECF 82-4). We do so because Plaintiff Marsh USA LLC has moved to seal this same document in a related state court action in the Supreme Court of the State of New York, County of New York, styled *Michael Parrish, et al. v. Marsh & McLennan Companies, Inc. et al.*, Index No. 654430/2025 (hereinafter, the "New York state court Action"). Although Plaintiff's Motion to Seal this document in the New York state court Action is currently pending, Defendants are filing the instant Motion to Seal out of an abundance of caution in case the Supreme Court of the State of New York determines that such document should be sealed.

Respectfully submitted,

*/s/ Amrit P. Singh*
Amrit P. Singh, Esq.

Carlton Fields, P.A.
A Professional Corporation
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.