UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

        Plaintiff,

v.

MICHAEL PARRISH ET AL.,

        Defendants.

Civ. No. 1:25-cv-06208

## [Proposed] Order To Show Cause for Turnover of Client File

Upon (i) the Declaration of Robert Lynn dated August 28, 2025thereto; (ii) the Declaration of Julie Layton dated August 27, 2025, and exhibits thereto; (iii) the Declaration of Nicole I. Hyland dated August 28, 2025, and exhibits thereto; (iv) the accompanying Memorandum of Law, dated August 28, 2025 (the "Memorandum"); (v) the copy of the Complaint annexed hereto; and all prior proceedings in this action, it is

ORDERED that the Plaintiff, Marsh USA LLC, show cause before a motion term of this Court, at Room 11A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on September _____, 2025, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued—

    (i)    pursuant to the inherent power of the Court, and to New York law as set forth in *Sage Realty Corp v. Proskauer Rose Goetz & Mendelsohn LLP*, 91 N.Y.2d 30 (1997), and other cases, compelling the immediate turnover of Gibson, Dunn & Crutcher LLP's entire client file (as described in the Memorandum) to Mr. Lynn's

litigation counsel, Carlton Fields P.A., and to Ms. Layton's litigation counsel, Dorsey & Whitney LLP; and

(ii) granting Defendants Robert Lynn and Julie Layton such other and further relief as the Court may deem just, proper, and equitable;

and it is further

ORDERED that service of a copy of this Order and above-named papers by ECF on Plaintiff's counsel on or before _____ o'clock in the _____ noon on _____ ____, 2025, shall be deemed good and sufficient service thereof; and it is further

ORDERED that answering papers, if any, shall be served and filed at or before _____ o'clock in the _____ noon on _____ ____, 2025; and it is further

ORDERED that reply papers, if any, shall be served and filed at or before _____ o'clock in the _____ noon on _____ ____, 2025.

Dated: New York, New York
August ____, 2025

_____
The Honorable George B. Daniels
United States District Judge