# Frankfurt Kurnit Klein + Selz PC

**Nicole I. Hyland**

28 Liberty Street, New York, New York 10005

T (212) 826-5552    F (347) 438-2140

nhyland@fkks.com

September 3, 2025

By ECF

The Honorable George B. Daniels, U.S.D.J
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Marsh USA LLC* v. *Parrish* et al., No. 25-cv-06208-GBD

Dear Judge Daniels:

    I will be appearing tomorrow morning as professional-responsibility counsel to Defendants Robert Lynn and Julia Layton.

    I write respectfully to request that the Court enter the enclosed proposed order with respect to electronic devices.

    I thank the Court for its consideration of this request.

    Respectfully submitted

    Nicole I. Hyland

(Enclosure)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――――― x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Marsh USA LLC v. Parrish, et al., No. 25-cv-06208-GBD

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.
The date(s) for which such authorization is provided is (are) Sept. 4, 2025 .

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Nicole Hyland | nhyland@fkks.com | cellular phone | 11A | |
| | | | | |
| | | | | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.