UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARSH USA LLC,

                              Plaintiff,

       -against-                                        **25 Civ. No. 6208 (GBD) (GS)**

MICHAEL PARRISH, *et al.,*                          **STATUS CONFERENCE
                                                                           ORDER**

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Friday, December 5, 2025 at 10:00 a.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [221 189 348 624 8] Passcode: [a42yH7vq]**

      **SO ORDERED.**

DATED:    New York, New York
                 September 29, 2025

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge