UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| MARSH USA LLC, |  |
|---|---|
| Plaintiff, | **Civil Action No**. 1:25-cv-6208-GBD-GS |
| v. |  |
| MICHAEL PARRISH, GISELLE LUGONES, ROBERT LYNN, and JULIE LAYTON, |  |
| Defendants. |  |

**PROPOSED ORDER REGARDING CASE MANAGEMENT PLAN**

WHEREAS on August 29, 2025, the parties jointly submitted a Rule 26(f) Report and Proposed Case Management Plan (ECF No. 112);

WHEREAS, on September 25, 2025, the parties each submitted proposed alternative discovery schedules (ECF Nos. 133, 134);

WHEREAS on September 29, 2025, the Court held a video conference with the parties to discuss the case management plan and discovery schedule (ECF Nos. 132);

IT IS HEREBY ORDERED that the following schedule will govern discovery in the above-captioned action:

| Event | Deadline |
|---|---|
| Deadline to Answer | 25 days after order resolving motion against operative complaint. |
| Final deadline for amendment of pleadings & addition of parties | 1/23/2026 |
| Status conference | 12/5/2025 |
| Close of fact discovery | 5/1/2026 |

1

| Event | Deadline |
|---|---|
| Expert Discovery | **Affirmative Expert Disclosures & Reports**: 5/8/2026<br><br>**Rebuttal Expert Disclosures & Reports**: 5/22/2026<br><br>**Close of Expert Discovery**: 6/12/2026 |

DATED: October 3, 2025   _____

The Honorable Gary Stein
United States Magistrate Judge

2