**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARSH USA LLC,

                      Plaintiff,           **25 Civ. No. 6208 (GBD) (GS)**

      -against-                        **<u>RESCHEDULING ORDER</u>**

MICHAEL PARRISH, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    The Oral Argument hearing scheduled for **Friday, November 14, 2025** is hereby adjourned to **Thursday, November 20, 2025** at **2:00 p.m.**

    **SO ORDERED.**

DATED:    New York, New York
               November 12, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge