**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARSH USA LLC,

                              Plaintiff,

             -against-

MICHAEL PARRISH, *et al.,*

                         Defendants.
----------------------------------------------------------------X

**25 Civ. No. 6208 (GBD) (GS)**

**RESCHEDULING ORDER**

**GARY STEIN, United States Magistrate Judge:**

As discussed during today's proceeding, oral argument on the Order to Show Cause and dispute raised at Dkt. No. 100 is adjourned to Friday, December 5, 2025 at 10:00 am. The argument will be conducted via Microsoft Teams. The parties are directed to use Microsoft Teams Meeting link and information in the Court's prior Order scheduling a status conference for December 5, 2025. (Dkt. No. 142). The status conference is hereby cancelled.

       **SO ORDERED.**

DATED:     New York, New York
            November 20, 2025

                                      _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge