UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARSH USA LLC,

                               Plaintiff,

-against-                            **25 Civ. No. 6208 (GBD) (GS)**

MICHAEL PARRISH, *et al.,*                **ORDER SCHEDULING**
                                                              **IN-PERSON CONFERENCE**

                               Defendants.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      An in-person conference for the proposed order to compel deposition and preserve information on personal devices raised at Dkt. No. 170 is scheduled for **Monday, December 1, 2025 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
                November 24, 2025

                                                                               The Honorable Gary Stein
                                                                               United States Magistrate Judge