January 13, 2026

<u>By ECF</u>

The Honorable Gary Stein, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     <u>*Marsh USA LLC* v. *Parrish* et al.</u>, No. 25-cv-06208-GBD-GS

Dear Judge Stein:

This letter is submitted jointly by Robert Lynn and Julie Layton and Gibson, Dunn & Crutcher LLP ("Gibson Dunn") concerning the briefing schedule on the issue of when Gibson Dunn began to represent Lynn and Layton.  (ECF 215, 218.)

The parties have agreed to hold in abeyance any briefing on the date-of-representation issue, without prejudice to Lynn and/or Layton renewing that issue in the future, provided that they shall provide Gibson Dunn with 30 days' advance written notice to set a briefing schedule. Otherwise, Lynn, Layton, and Gibson Dunn reserve all rights and waive none.

We thank the Court for its consideration and respectfully request that this agreement be so-ordered.

Respectfully submitted,


*/s/ James Fogelman*                          */s/ Nicole I. Hyland*
James Fogelman                              Nicole I. Hyland
jfogelman@gibsondunn.com                    nhyland@fkks.com
213.229.7234                                28 Liberty Street
333 South Grand Ave.                        New York, New York 10005
Los Angeles, CA, 90071                      (212) 980-0120

*Counsel for Gibson, Dunn & Crutcher LLP*    *Special Professional-Responsibility Counsel*
                                             *  to Defendants Robert Lynn and Julie Layton*


            SO ORDERED.


                                    _____
                                            The Honorable Gary Stein
            New York, New York              United States Magistrate Judge
            February _____, 2026            Southern District of New York