UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL PARRISH ET AL.,<br><br>    Defendants. | Civ. No. 25-cv-6208 |

## DEFENDANTS' NOTICE OF SERVICE

Under Federal Rule of Civil Procedure 5(d)(1) and Southern District of New York Electronic Case Filing Rule 6.7, Defendants Michael Parrish, Giselle Lugones, and Robert Lynn ("Defendants") hereby gives notice that on March 13, 2026, the undersigned counsel caused the copy of ECF No. 229 and 230 filed under seal, to be served on Plaintiff's counsel via email at: Harris M. Mufson (hmufson@gibsondunn.com); Lee R. Crain (lcrain@gibsondunn.com); Amanda L. LeSavage (alesavage@gibsondunn.com); Kelly Herbert (kherbert@gibsondunn.com); Jason C. Schwartz (jschwartz@gibsondunn.com); Ryan C. Stewart (rstewart@gibsondunn.com); Amanda C. Machin (amachin@gibsondunn.com); Catherine McCaffrey (CMcCaffrey@gibsondunn.com); Nicole Santora (NSantora@gibsondunn.com); Karl G. Nelson (knelson@gibsondunn.com); Rachel W. Robertson (rrobertson@gibsondunn.com); and Brian Richman (brichman@gibsondunn.com).

These documents will be served on counsel for other Defendants upon resolution of Marsh's position concerning prior protective orders.

Dated: March 16, 2026

                                                Respectfully submitted,

143961016.1

**CARLTON FIELDS, P.A.**

By: /s/ *Kevin P. McCoy*
Kevin P. McCoy (admitted *pro hac vice*)
Mac R. McCoy (admitted *pro hac vice*)
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
Telephone: 813-223-7000
Fax: 813-229-4133
Email: kmccoy@carltonfields.com
   mmccoy@carltonfields.com

Michael L. Yaeger
Amrit Singh, Esq.
730 3rd Ave., 19th Fl.
New York, NY 10017
Telephone: 212-785-2577
Fax: 212-785-5203
Email: myaeger@carltonfields.com
   asingh@carltonfields.com

Brendan Gooley (admitted *pro hac vice*)
One State Street, Ste. 1800
Hartford, CT 06103
Telephone: 860-392-5036
Email: bgooley@carltonfields.com

Steven J. Brodie (admitted *pro hac vice*)
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136
Telephone: 305-539-7302
Fax: 305-530-0055
Email: sbrodie@carltonfields.com

*Attorneys for Defendants Michael Parrish, Giselle Lugones, and Robert Lynn*

143961016.1