| | | |
|---|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **CARLTON FIELDS, P.A.** | **DORSEY & WHITNEY LLP** |
| *Attorneys for Marsh USA LLC* | *Attorneys for Michael Parrish, Giselle Lugones & Robert Lynn* | *Attorneys for Julie Layton* |

April 21, 2026

VIA ECF

The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:**    *Marsh USA LLC v. Parrish, et al.*, No. 1:25-cv-06208-GBD-GS (S.D.N.Y.) — **Joint Letter Motion for Extension of Fact Discovery and Related Deadlines**

Dear Judge Stein:

The Parties write jointly to request an adjustment to the current discovery schedule. Fact discovery in this action is currently scheduled to close on May 1, 2026, and the Parties require more time to complete document discovery and depositions.

On April 17, 2026, the Parties submitted a joint letter motion to consolidate this action with *Marsh USA LLC, et al. v. Gronovius, et al.*, No. 1:25-cv-09130-JLR (S.D.N.Y.) for discovery purposes pursuant to Federal Rule of Civil Procedure 42. *See* ECF No. 234 (the "Consolidation Request"). That request remains pending. In light of the impending deadlines in this case, the Parties respectfully request that the Court adopt the following discovery schedule, as reflected in the proposed stipulation enclosed as Exhibit A.

| | |
|---|---|
| Close of fact discovery | September 30, 2026 |
| Affirmative expert disclosures and reports | October 9, 2026 |
| Rebuttal expert disclosures and reports | November 13, 2026 |
| Close of expert discovery | December 11, 2026 |
| Close of all discovery | December 11, 2026 |

Beyond the Consolidation Request, this is the Parties' first request for the relief requested herein.

**GIBSON, DUNN & CRUTCHER LLP**
*Attorneys for Marsh USA LLC*

**CARLTON FIELDS, P.A.**
*Attorneys for Michael Parrish, Giselle Lugones & Robert Lynn*

**DORSEY & WHITNEY LLP**
*Attorneys for Julie Layton*

Respectfully submitted,

**CARLTON FIELDS, P.A.**

By:    */s/ Kevin P. McCoy*
Kevin P. McCoy (admitted *pro hac vice*)
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
(813) 223-7000
kmccoy@carltonfields.com

*Attorneys for Michael Parrish, Giselle Lugones, and Robert Lynn*

**DORSEY & WHITNEY LLP**

By:   */s/ Kathryn A. Johnson*
Kathryn A. Johnson (admitted *pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6768
johnson.kate@dorsey.com

*Attorneys for Julie Layton*

**GIBSON, DUNN & CRUTCHER LLP**

By:    */s/ Harris M. Mufson*
Harris M. Mufson
200 Park Avenue
New York, NY 10166
(212) 351-3805
hmufson@gibsondunn.com

*Attorneys for Marsh USA LLC*

CC:  All Counsel of Record (via ECF)

Application granted.  The discovery deadlines in this action are extended in accordance with the schedule herein.  Fact discovery shall close on September 30, 2026; affirmative expert disclosures and reports shall be exchanged no later than October 9, 2026; rebuttal expert disclosures and reports shall be exchanged no later than November 13, 2026; expert discovery, including expert reports and depositions, shall be completed on December 11, 2026; and all discovery shall close on December 11, 2026.

SO ORDERED.

Date:  New York, New York
        April 27, 2026

Gary Stein
**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**