**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARSH USA LLC

        Plaintiff,

    -against-

MICHAEL PARRISH, *et al.,*

        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

   **25 Civ. No. 6208 (GBD) (GS)**

   **AMENDED PRE-MOTION**
   **CONFERENCE ORDER**

   This action is scheduled for a Pre-Motion Conference on **Thursday, July 16, 2026 at 11:00 a.m.** Counsel are directed to appear for the conference via Microsoft teams. **Join the meeting now.** [Meeting ID: 232 709 738 589 580] [Passcode: Jc2Xg98a]

   **SO ORDERED.**

DATED:  New York, New York
     June 25, 2026

              _____
              The Honorable Gary Stein
              United States Magistrate Judge