**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARSH USA LLC

                                        Plaintiff,

                                                                **25 Civ. No. 6208 (GBD) (GS)**
                    -against-

                                                                **AMENDED PRE-MOTION**
MICHAEL PARRISH, *et al.,*                                       **CONFERENCE ORDER**

                                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

         The Pre-Motion Conference scheduled Thursday, July 16, 2026 is hereby adjourned to

**Friday, July 17, 2026 at 11:00 a.m.**  Counsel are directed to appear for the conference via

Microsoft teams.  **Join the meeting now.**  **[Meeting ID: 232 709 738 589 580]  [Passcode:**

**Jc2Xg98a]**

         **SO ORDERED.**

DATED:        New York, New York
              June 29, 2026

                                                                _____
                                                                The Honorable Gary Stein
                                                                United States Magistrate Judge