UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC,

             Plaintiff,

   v.

MICHAEL PARRISH et al.,

           Defendants.

Civ. No. 1:25-cv-06208

## DEFENDANT JULIE LAYTON'S NOTICE OF MOTION
## TO MODIFY THE PRELIMINARY INJUNCTION ORDER

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Defendant

Julie Layton, by and through her undersigned counsel, respectfully moves this Court, pursuant to

the Court's inherent authority, to modify the Preliminary Injunction Order (Dkt. No. 129) and for

such other and further relief as this Court deems proper.

Dated:  New York, New York
        July 24, 2026

**DORSEY & WHITNEY LLP**

By: */s/ Jeremy E. Deutsch*
    Jeremy E. Deutsch
    Krista E. Bolles
1301 Avenue of the Americas
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

-and-

Kathryn A. Johnson (*pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6613
mick.ryan@dorsey.com

1

2

johnson.kate@dorsey.com

*Attorneys for Defendant Julie Layton*

2

4932-8814-2528\1