**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

MARSH USA LLC,

        Plaintiff,

     v.

MICHAEL PARRISH, GISELLE
LUGONES, ROBERT LYNN, and JULIE
LAYTON,

        Defendants.

Civil Action No. 1:25-CV-06208-GBD-GS

------------------------------------------------------- X

## PLAINTIFF'S NOTICE OF SERVICE

Under Federal Rule of Civil Procedure 5(d)(1) and Southern District of New York Standing Order M10-468, No. 1:25-mc-421-LTS, ECF No. 1 ¶ 2, Plaintiff hereby gives notice that on August 8, 2026, the undersigned counsel caused unredacted copies of ECF Nos. 258, 260, and 260-1–260-21 to be served on counsel for Defendants via email at: Jeremy C. Bates (jbates@fkks.com); Steven J. Brodie (sbrodie@carltonfields.com); Krista Bolles (bolles.krista@dorsey.com); Jeremy Deutsch (deutsch.jeremy@dorsey.com); Brendan N. Gooley (bgooley@carltonfields.com); Nicole I. Hyland (nhyland@fkks.com); Kate Johnson (johnson.kate@dorsey.com); Kevin P. McCoy (kmccoy@carltonfields.com); Mac R. McCoy (mmccoy@carltonfields.com); Ryan Mick (mick.ryan@dorsey.com); Ronald C. Minkoff (rminkoff@fkks.com); Amrit P. Singh (asingh@carltonfields.com); Michael L. Yaeger (myaeger@carltonfields.com).

1

Dated: August 07, 2026
New York, New York

Respectfully submitted,

MARSH USA LLC


By its attorneys,

*/s/ Harris M. Mufson*

Harris M. Mufson
Lee R. Crain
Sharon I. Grysman
Amanda LeSavage
Julia T. Ross
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: 212.351.3805
hmufson@gibsondunn.com
lcrain@gibsondunn.com
sgrysman@gibsondunn.com
alesavage@gibsondunn.com
jross@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Ryan C. Stewart (*pro hac vice*)
Amanda C. Machin (*pro hac vice*)
Cate McCaffrey
Nicole Santora
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
jschwartz@gibsondunn.com
rstewart@gibsondunn.com
amachin@gibsondunn.com
cmccaffrey@gibsondunn.com
nsantora@gibsondunn.com

Karl G. Nelson (*pro hac vice*)
Rachel W. Robertson (*pro hac vice*)
Brian Richman
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
knelson@gibsondunn.com

rrobertson@gibsondunn.com
brichman@gibsondunn.com

*Attorneys for Plaintiff Marsh USA LLC*