**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARSH USA LLC,

Plaintiff,

**25 Civ. No. 9130 (JLR) (GS)**

-against-

ALFRED GRONOVIUS, *et al.*,

Defendants.

---------------------------------------------------------------X

MARSH USA LLC,

Plaintiff,

**25 Civ. No. 6208 (GBD) (GS)**

-against-

**VIDEO CONFERENCE SCHEDULING ORDER**

MICHAEL PARRISH, *et al.*,

Defendants.

---------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Tuesday, October 27, 2026 at 2:00 p.m.** Counsel for the parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [299 768 871 040 672] Passcode: [Rn3hG2ic]**

**SO ORDERED.**

DATED: New York, New York
October 1, 2026

_______________________________
The Honorable Gary Stein
United States Magistrate Judge